# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CV339 |
| vs. | ) | |
| | ) | ORDER |
| $31,000.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of counsel for the parties, the telephone planning conference previously set for February 1, 2008 at 10:30 a.m. is cancelled and is **rescheduled for February 4, 2008 at 10:00 a.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 31st day of January, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge